## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Case No.  07-19201** |
| | ) | |
| **Anthony M. Gallucci,** | ) | **Chapter 7** |
| | ) | |
| | ) | |
| **Debtor** | ) | **Judge Randolph Baxter** |

### MOTION FOR ORAL EXAMINATION OF ANTHONY M. GALLUCCI
### AND REQUEST FOR THE PRODUCTION OF DOCUMENTS
### PURSUANT TO FED. R. BANKR. PRO. 2004

Habbo G. Fokkena, United States Trustee for Region 9, requests that Anthony M. Gallucci ("Debtor") be directed to appear before the United States Trustee, or his designee, for further examination pursuant to Fed. R. Bankr Pro. 2004, at **two o'clock (2:00) p.m. on February 6, 2008 at the Office of the United States Trustee, at the Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue East, Suite 441, Cleveland, Ohio, 44114**, to be examined, under oath, in relation to acts, conduct, property, liabilities and of their financial condition, and any other matter that may affect the administration of the Debtors' estate.

In addition, pursuant to Fed. R. Bankr. Pro. 2004(c), the United States Trustee respectfully requests that the Debtors produce the following materials and / or documents for inspection no later than **February 1, 2008**:

1. All bank books and bank statements, including but not limited to check registers and cancelled checks, from any and all financial institutions in which Anthony M. Gallucci deposited or withdrew funds, or upon which Anthony M. Gallucci is listed or has signatory authority, from January 1, 2007 to the present.

2. Copies of Federal Tax Returns for the years 2005, 2006, & 2007.  Include all schedules that were filed with the return including, but not limited to, Schedule C.

3. Copies of insurance binders including all endorsements for all insurance policies (both personal and business) in effect from August 30, 2006 to the present.

4. Copies of all credit card statements received by Debtor from December 30, 2007 to the present.

5. Copy of the Gallucci Family Trust.

6. Copies of any and all contracts entered into between Debtor and GPV Performance, Inc., 2-G Development, Ltd., or Gus Gallucci between January 1, 2001 and January 16, 2008.

7. Copy of an *Experian* credit report that discloses outstanding credit balances by month for the two years preceding the credit report date. (If necessary, a sample of such a report will be provided upon request.)

8. Written disclosure of the dates at which Debtor resided at the property at 8747 Brecksville Road, as well as a description of any repairs or improvements made to said property at the Debtor's expense. Please provide a Copy of any lease agreement between Debtor and lessor.

9. Copy of lease agreement related to Debtor's Columbus apartment.


Respectfully submitted,

HABBO G. FOKKENA
United States Trustee, Region 9

by:      */s/ Scott R. Belhorn*
Scott R. Belhorn (#0080094)
Trial Attorney
Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Ave. East
Suite 441
Cleveland, Ohio 44114-1240
Phone (216) 522-7800 ext. 260
Fax (216) 522-7193

**CERTIFICATE OF SERVICE**

I certify that on January 16, 2008, a copy of the foregoing Motion was served either electronically or by regular U.S. Mail, postage prepaid, to:

Anthony M. Gallucci
10905 Greenhaven Parkway
Brecksville, OH 44141

Tiffani L. Yeary
614 W. Superior Ave., #950
Cleveland, OH 44113

David O Simon
1370 Ontario St
Standard Bldg., #450
Cleveland, OH 44113-1744

*/s/ Scott R. Belhorn*
Scott R. Belhorn