# INITIAL REPORT
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Case No: 07-19201  RB  Judge: Randolph Baxter
Case Name: GALLUCCI, ANTHONY M

Trustee Name: DAVID O. SIMON, TRUSTEE
Date Filed (f) or Converted (c): 12/04/07 (f)
341(a) Meeting Date: 01/10/08
Claims Bar Date: APPLIED FOR

For Period Ending: 03/07/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE, 10905 GREENHAVEN PARKWAY | 90,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CASH ON HAND AND ON DEPOSIT | 70.00 | 0.00 | DA | 0.00 | FA |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4. WEARING APPAREL | 350.00 | 0.00 | DA | 0.00 | FA |
| 5. JEWELRY | 300.00 | 0.00 | DA | 0.00 | FA |
| 6. FISHING ROD | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. OPTION CLAIM - 2G (u) | Unknown | 1.00 | | 0.00 | 1.00 |
| TOTALS (Excluding Unknown Values) | $92,820.00 | $1.00 | | $0.00 | $1.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/07/09   Current Projected Date of Final Report (TFR): 03/07/09

/s/ DAVID O. SIMON, TRUSTEE
_____ Date: 03/07/08
DAVID O. SIMON, TRUSTEE

LFORM1

Ver: 12.62a

07-19201-rb  Doc 12  FILED 03/10/08  ENTERED 03/10/08 09:45:21  Page 1 of 1