**INTERIM REPORT**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Case No: 07-19201 RB Judge: Randolph Baxter
Case Name: GALLUCCI, ANTHONY M

For Period Ending: 05/05/08

Trustee Name: DAVID O. SIMON, TRUSTEE
Date Filed (f) or Converted (c): 12/04/07 (f)
341(a) Meeting Date: 01/10/08
Claims Bar Date: 06/10/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE, 10905 GREENHAVEN PARKWAY | 90,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CASH ON HAND AND ON DEPOSIT | 70.00 | 0.00 | DA | 0.00 | FA |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4. WEARING APPAREL | 350.00 | 0.00 | DA | 0.00 | FA |
| 5. JEWELRY | 300.00 | 0.00 | DA | 0.00 | FA |
| 6. FISHING ROD | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. OPTION CLAIM - 2G (u) | Unknown | 1.00 | | 0.00 | 1.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $92,820.00 $1.00 $0.00 $1.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Initial Projected Date of Final Report (TFR): 03/07/09    Current Projected Date of Final Report (TFR): 03/07/09


/s/    DAVID O. SIMON, TRUSTEE
_____ Date: 05/05/08
DAVID O. SIMON, TRUSTEE

LFORM1

Ver: 12.63

07-19201-rb    Doc 17    FILED 05/05/08    ENTERED 05/05/08 14:57:13    Page 1 of 1