Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235
**Case No. 07−19201−rb**

**In re:**

    Anthony M. Gallucci
    **Aka −**Tony M. Gallucci
    10905 Greenhaven Parkway
    Brecksville, OH 44141

**Social Security No.:**

    xxx−xx−7665

**NOTICE OF DENIAL OF DISCHARGE CHAPTER 7 CASE**

**To the Creditors and Parties in Interest:**

Notice is hereby given of the entry of an order, dated June 10, 2008 denying the discharge of the above−named debtor(s).

**Dated:** June 18, 2008                                     For the Court
Form ohnb155                                          Kenneth J. Hirz, Clerk